DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DAVID CHRISTOPHER HAMILTON,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D21-2609
_____

September 2, 2022

Appeal from the Circuit Court for Highlands County; Peter F. Estrada, Judge.

Patrick Michael Megaro of Halscott Megaro, P.A., Winter Park, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Kiersten E. Jensen, Assistant Attorney General, Tampa; and Alicia M. Winterkorn, Assistant Attorney General, Tampa (substituted as counsel of record), for Appellee.

PER CURIAM.

Affirmed.

KELLY, LaROSE, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.